PER CURIAM.

Pursuant to stipulation of counsel, it is ordered that the appeal herein be and the same is dismissed without costs.

■

**Harry G. FROMBERG, as Trustee of Grand National Pictures, Inc., Appellant, v. James A. DAVIDSON, as Trustee of Educational Pictures, Inc., Appellee.**

No. 187.

Circuit Court of Appeals, Second Circuit.

Feb. 17, 1941.

Julius M. Arnstein, of New York City, for appellant.

A. Walter Socolow, of New York City, for appellee.

Before L. HAND, AUGUSTUS N. HAND, and CLARK, Circuit Judges.

PER CURIAM.

Order affirmed on opinion below, In re Educational Pictures, 34 F.Supp. 807.

■

**Isaac HECHT, Nathan Hecht, and Peter Hecht, Doing Business as Hecht Produce Company, Appellants, v. AUTOMATIC IN-STRUMENT COMPANY, Appellee.**

No. 8468.

Circuit Court of Appeals, Sixth Circuit.

Jan. 7, 1941.

Sheridan, Davis & Cargill, of Chicago, Ill., and Travis, Merrick & Johnson, of Grand Rapids, Mich., for appellant.

Parkinson & Lane, of Chicago, Ill., and Knappen, Uhl, Bryant & Snow, of Grand Rapids, Mich., for appellee.

Before HICKS, SIMONS, and ALLEN, Circuit Judges.

PER CURIAM.

Pursuant to stipulation of counsel, it is ordered that the appeal herein be and the same is dismissed without costs.

■

**Benjamin F. W. HEYER and Heyer Products Company, Inc., Plaintiffs and Appellants, v. ALLEN ELECTRIC & EQUIPMENT COMPANY, a Michigan Corporation, and Firestone Tire & Rubber Company, a West Virginia Corporation, Defendants and Appellees.**

No. 8471.

Circuit Court of Appeals, Sixth Circuit.

Jan. 13, 1941.

David P. Wolhaupter, of Washington, D. C., and Liverance & Van Antwerp, of Grand Rapids, Mich., for appellants.

Earl & Chappell, of Kalamazoo, Mich., for appellees.

Before SIMONS, ALLEN, and HAMILTON, Circuit Judges.

PER CURIAM.

Upon consideration of the briefs and oral argument in the above-entitled cause, it is ordered that the decision of the District Court, 37 F.Supp. 455, be and it is hereby affirmed for the reasons recited in the memorandum opinion of the District Judge, and upon the findings of fact and conclusions of law appended thereto.

■

**Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner on Review, v. Lynn L. HOSIER, Respondent on Review.**

No. 8884.

Circuit Court of Appeals, Sixth Circuit.

Feb. 4, 1941.

Samuel O. Clark, Jr., J. P. Wenchel, and Sewall Key, all of Washington, D. C., for petitioner.

Edward A. Smith, of Detroit, Mich., for respondent.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of the petitioner on review in the above-entitled cause to docket and dismiss the petition to review the decision of the United States Board of Tax Appeals in the said cause, and it appearing that a certificate of the Clerk of the said Board has been filed, showing that the petition to review was duly filed with the said Board, and it further appearing that the respondent on review in said cause has consented to the granting of said motion, it is ordered that the above-entitled cause be by the Clerk of this Court docketed, and that the said petition to review be, and the same is, hereby dismissed.

It is further ordered that the Clerk of this Court forthwith transmit a certified copy of this order to the Clerk of the United States Board of Tax Appeals at Washington, D. C.

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner on Review, v. Edward M. MAY, Respondent on Review.

No. 8883.

Circuit Court of Appeals, Sixth Circuit.

Feb. 4, 1941.

Samuel O. Clark, Jr., J. P. Wenchel, and Sewall Key, all of Washington, D. C., for petitioner.

Edward A. Smith, of Detroit, Mich., for respondent.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of the petitioner on review in the above-entitled cause to docket and dismiss the petition to review the decision of the United States Board of Tax Appeals in the said cause, and it appearing that a certificate of the Clerk of the said Board has been filed,

showing that the petition to review was duly filed with the said Board, and it further appearing that the respondent on review in said cause has consented to the granting of said motion, it is ordered that the above-entitled cause be by the Clerk of this Court docketed, and that the said petition to review be, and the same is, hereby dismissed.

It is further ordered that the Clerk of this Court forthwith transmit a certified copy of this order to the Clerk of the United States Board of Tax Appeals at Washington, D. C.

Guy T. HELVERING, Commissioner of Internal Revenue, Petitioner on Review, v. Otto PETERSON, Respondent on Review.

No. 8882.

Circuit Court of Appeals, Sixth Circuit.

Feb. 4, 1941.

Samuel O. Clark, Jr., J. P. Wenchel, and Sewall Key, all of Washington, D. C., for petitioner.

Edward A. Smith, of Detroit, Mich., for respondent.

Before HICKS, ALLEN, and MARTIN, Circuit Judges.

PER CURIAM.

Upon consideration of the motion of the petitioner on review in the above-entitled cause to docket and dismiss the petition to review the decision of the United States Board of Tax Appeals in the said cause, and it appearing that a certificate of the Clerk of the said Board has been filed, showing that the petition to review was duly filed with the said Board, and it further appearing that the respondent on review in said cause has consented to the granting of said motion, it is ordered that the above-entitled cause be by the Clerk of this Court docketed, and that the said petition to review be, and the same is, hereby dismissed.

It is further ordered that the Clerk of this Court forthwith transmit a certified copy of this order to the Clerk of the United States Board of Tax Appeals at Washington, D. C.